In The Court Of Appeals
Twelfth Court Of Appeals

In Re: Donald Adkins                                    Original Proceeding
          Relator, Pro-se                               Re: Case # 12-15-00180-CR

                                                        October 23, 2015

To: The Clerk of the Court
    1517 W. Front Street
    Suite 354
    Tyler, Texas    75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
OCT 28 2015
TYLER TEXAS
PAM ESTES, CLERK

Dear Clerk,

     On or about Friday, October 16, 2015, the Court filed
the Relator's "Petitioning Motion to show cause why this Court
should grant Relator's Petition for Mandamus by way of Leave
of Court."

     The Office of the Clerk responded to this Relator stating
that his "Motion to show cause why this Court should not grant
Relator's Petition for Mandamus by way of Leave of Court" has
this day been recieved and filed in the above referenced case.

     An error exist..The Relator's Petition - Motion title
states "Relator's Petitioning Motion to show cause why this
Court should grant Relator's Petition for Mandamus by way of
Leave of Court", 'Attention to': "should grant". In the Clerk
of this Court's Notice to Relator's Motion being filed, the
Clerk stated his "Motion to show cause why this Court should
"not" grant Relator's Petion for Mandamus..et.cetra."

     The Relator understands easy made mistakes and only request
that a correction of Record be made and that the "should not"
be changed to "should".

                              Respectfully Submitted,

                              Donald Adkins # 1792685
                              Relator, In Pro-se
                              Ramsey I Unit
                              1100 F.M. 655
                              Rosharon, Tx.    77583